IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING



**FILED**

*10:02 am, 3/3/26*

**Margaret Botkins
Clerk of Court**

| | |
|---|---|
| EDVIN FUENTES LOPEZ,<br><br>                Petitioner,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement, MICHAEL BERNACKE, in his official capacity as ICE Field Officer Director and as warden in current custody of Petitioner, LT. BRENDEN MORROW, in his official capacity as the Administrator and Warden of the Uinta County Detention Center, Uinta County, Wyoming, PAMELA BONDI, in her official capacity as the United States Attorney General, The Executive Office for Immigration Review, United States Immigration and Customs Enforcement,<br><br>                Respondents. | Case No.  26-CV-69-R |

### WRIT OF HABEAS CORPUS

Before the Court is Petitioner Edvin Fuentes Lopez's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [ECF No. 1]. Habeas petitions brought pursuant to Section 2241 are subject to screening under Rule 4 of the Rules Governing Section 2254 Cases. 28 U.S.C. § 2254 Rule 1; *Brooks v. Hanson*, 763 F. App'x 750, 752 n.2 (10th Cir.

2019) ("The Rules Governing Section 2254 Cases, however, may be applied to habeas-corpus actions filed under § 2241). The Court, having reviewed the filings, finds the Petition passes review and requires a response.

**IT IS THEREFORE ORDERED** that the Respondents shall file a response within twenty-one (21) days after being served the Petition.

**IT IS FURTHER ORDERED** that Petitioner may file a reply to Respondent's response within twenty-one (21) days after being served the response.

Dated this 3rd day of March, 2026.

Kelly H. Rankin
United States District Judge